

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 9, 2022

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Scher
         22  Cr. 320

Dear Judge McCarthy:

    The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

                          Respectfully submitted,

                          DAMIAN WILLILAMS
                          United States Attorney

                          /s
          By:  _____
                James McMahon
                Assistant United States Attorney
                (914) 993-1936

SO ORDERED:

*(signed)* Judith C. McCarthy    5:42 p.m.
_____
HON. JUDITH C. McCARTHY
United States Magistrate Judge