March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -v-

Elizier Scher,

                  Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

7-22-CR-320( )( )PMH

Defendant __Elizier Scher__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Elizier Scher__
Print Defendant's Name

_____
Defense Counsel's Signature

__Gedalia Stein__
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__6/27/22__
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~