# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Susan R. Necheles
[...]law.com
[...]7-7400

**Via ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Application granted. The status conference is adjourned to 10/27/2022 at 11:30 a.m. to be held by teleconference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           September 1, 2022

Re: *United States v. Eliezer Scher*, 22-cr-320

Dear Judge Halpern:

    We write, with the consent of the government, to respectfully request an adjournment of Eliezer's Scher status conference, currently scheduled for September 14.

    As Your Honor knows, Mr. Scher was indicted on one count of wire fraud, related to his receipt of certain EIDL loans. He had his initial appearance before the Hon. Judith C. McCarthy (U.S.M.J.) on June 9 and his first appearance before Your Honor on June 27. Since that time, and after reviewing discovery, we had an initial meeting with the government to discuss a possible resolution to this case. Due to conflicting vacation schedules, however, we will be unable to meet with the government a second time to discuss a resolution until September 21.

    For this reason, we respectfully request an adjournment of the September 14 status conference to allow us to further our discussions with the government about a possible resolution of this case. We ask that the Court reschedule the conference, on a date convenient to Your Honor, on or after October 19, when the Jewish holidays (Rosh Hashana, from September 25-27, Yom Kippur, on October 5, and Succot, from October 9-18) are over.

                                            Respectfully submitted,

                                                      /s/

                                            Gedalia M. Stern

Cc: AUSA James McMahon (via ECF)