# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

January 17, 2023

Via ECF
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *USA v. Elizier Scher,* 22-cr-320

Dear Judge Halpern:

> Application granted. Mr. Scher's bail conditions are modified such that he is permitted to travel to Arizona on February 12, 2023 for a vacation with his wife and return on February 16, 2023. Mr. Scher is directed provide his itinerary to pre-trial services.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        January 17, 2023

    We respectfully write to request a modification of the terms of Mr. Scher's bail to allow him to travel to Arizona from February 12-16.

    As Your Honor knows, Mr. Scher was arrested last year and charged with fraudulently obtaining EIDL loans. He has recently reached a plea agreement with the government and is scheduled to enter his guilty plea on February 1.

    Under the terms of Mr. Scher's bail, he cannot travel outside of New York or New Jersey without permission from the Court. We therefore respectfully request permission for Mr. Scher to travel to Arizona for a short vacation with his wife. He will be staying in Casa Grande, and, if this request is granted, he will provide his full itinerary to his pre-trial officer.

    I have spoken to both Mr. Scher's pre-trial officer and the assigned AUSA and neither has any objection to this request.

Respectfully submitted,

/s/

Gedalia M. Stern