# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

April 3, 2023

Via ECF
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 4, 2023

Re: *USA v. Elizier Scher,* 22-cr-320

Dear Judge Halpern:

    We respectfully write to request an extension of time to object to Mr. Scher's draft PSR, from April 11 to April 21.

    Mr. Scher's draft PSR was filed on March 28 and thus, under Fed. R. Crim. P. 32(f), any objections are due on April 11. April 11th, however, is during the holiday of Passover, which both Mr. Scher and undersigned counsel observe and during which it is largely forbidden to work. Passover this year runs from April 5 to 13. Moreover, the necessary preparations for Passover have made it difficult to arrange a time to review the PSR with Mr. Scher.

    We therefore respectfully request an extension until April 21, or a week after Passover ends, to submit any objections to Mr. Scher's PSR.

    I have spoken to AUSA McMahon and he consents to this request.

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: James McMahon (via ECF)