| | |
|---|---|
| **NECHELESLAW LLP**<br>1120 Avenue of the Americas<br>New York, NY 10036 | Gedalia Stern<br>gms@necheleslaw.com<br>212-997-7400 |

<u>Via ECF</u>
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 6, 2024

Re: *United States v. Elizier Scher*, 22-cr-320

Dear Judge Halpern:

    We respectfully write to seek the return of Mr. Scher's passport.

    As Your Honor knows, Mr. Scher was sentenced, in January, to a year and a day in prison. He surrendered to BOP last week and began serving his sentence.

    We now respectfully request that the Court order Pre-trial to return Mr. Scher's passport, which he surrendered as a condition of his bail. Mr. Scher understands that he will still need court permission to travel internationally during his term of supervised release. Given that Mr. Scher is currently incarcerated, we ask that the Court allow the passport to be picked up by either counsel for Mr. Scher or his wife.

    I have spoken to the assigned AUSA and he has no objection to this request.

        Respectfully,

        /s/

        Gedalia Stern

Cc: AUSA James McMahon (via email)